1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Cecil Shaw

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ELAHE KHADEMBASHI aka ELAHE K. GHIASSI, dba BEST BITE RESTAURANT; FEREIDOON GHIASSI, dba BEST BITE RESTAURANT; SOBHANIEH MOSTAKHDEMIN dba BEST BITE RESTAURANT; DICK WAH LO, Trustee of the DICK WAH LO AND JILL KHIEW-LO 2002 FAMILY TRUST; JILL KHIEW-LO, Trustee of the DICK WAH LO AND JILL KHIEW-LO 2002 FAMILY TRUST,<br><br>　　　　　Defendants. | No. 3:13-CV-01694-WHA<br><br>**PLAINTIFF'S REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE (Local Rule 7-11); [~~PROPOSED~~] ORDER** |

On April 15, 2013, Plaintiff, Cecil Shaw ("Plaintiff"), filed the instant action alleging claims under Title III of the Americans with Disabilities Act of 1990 and parallel California law (ECF No. 1). On that same date, a Scheduling Order under General Order 56 was issued (ECF No. 3) ("Scheduling Order"). The Scheduling Order required that all defendants be served no later than June 14, 2013. On May 23, 2013, Plaintiff filed his First Amended Complaint, adding defendant Sobhanieh Mostakhdemin dba Best Bite Restaurant (ECF No. 4).

The action names five defendants; Plaintiff has effected service on two of them. Plaintiff has not yet served the following defendants:

1. Elahe Khadembashi aka Elahe K. Ghiassi, dba Best Bite Restaurant
2. Sobhanieh Mostakhdein dba Best Bite Restaurant
3. Dick Wah Lo, Trustee of the Dick Wah Lo and Jill Khiew-Lo 2002 Family Trust

Plaintiff submitted the complaint and relevant documents to a process server on or about April 19, 2013, only four days after the filing of the complaint. Multiple attempts have been made at service, and Plaintiff believes that the un-served defendants (several of whom are related in various manners to defendants who have been served) may be evading service. However, Plaintiff is working diligently and closely with the process server, and is seeking to exhaust every opportunity for personal service before seeking court orders permitting service by alternative means than personal service.

Accordingly, Plaintiff respectfully requests that he be given an additional thirty-one days from June 14, 2013 to July 15, 2013 within which to complete service (or take appropriate action) with regards to all defendants.

Dated: June 14, 2013                              MOORE LAW FIRM, P.C.


                                                  */s/ Tanya E. Moore*
                                                  Tanya E. Moore,
                                                  Attorneys for Plaintiff,
                                                  Cecil Shaw

///
///
///
///
///
///

PLAINTIFF'S REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE; [PROPOSED] ORDER

1  **ORDER**

2  Upon request of Plaintiff and good cause appearing,

3  **IT IS HEREBY ORDERED** that the Scheduling Order in this matter filed April 15,

4  2013 (ECF No. 3) be amended to continue the last day by which Plaintiff must serve all

5  defendants, or seek appropriate relief from the Court, from June 14, 2013 to ~~July 15, 2013~~ July 1, 2013.

6  **IT IS SO ORDERED.**

8  Dated: June 17, 2013.

United States District ~~Court~~



Judge William Alsup

PLAINTIFF'S REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE
DEADLINE; [~~PROPOSED~~] ORDER

Page 3