IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CECIL SHAW,

    Plaintiff,

v.

ELAHE KHADEMBASHI, d/b/a BEST SITE RESTAURANT, DICK WAH LO, Trustee of the Dick ah Lo and Jill Khiew-Lo 2002 Family Trust, JILL KHIEW-LO, Trustee of the Dick Wah Lo and Jill Khiew-Lo 2002 Family Trust,

    Defendants.

No. C 13-01694 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court **CONTINUES** the case management conference to **JANUARY 9, 2013, AT 11:00 A.M.** Please file a joint case management statement at least seven days prior.

**IT IS SO ORDERED.**

Dated: November 27, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE