**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CECIL SHAW,

    Plaintiff,

v.

ELAHE KHADEMBASHI, d/b/a BEST BITE RESTAURANT, DICK WAH LO, Trustee of the Dick Wah Lo and Jill Khiew Lo 2002 Family Trust, JILL KHIEW-LO, Trustee of the Dick Wah Lo and Jill Khiew-Lo 2002 Family Trust, FEREIDOON GHIASSI, and SOBHANIEH MOSTAKHDEMIN,

    Defendants.

No. C 13-01694 WHA

**ORDER RE SETTLEMENT AND JANUARY 9 CASE MANAGEMENT CONFERENCE**

Plaintiff Cecil Shaw has filed a notice of settlement (Dkt. No. 33). In this notice, plaintiff requests that he be given until January 17, 2014 to file the dispositional documents to complete the settlement. The request is **GRANTED**. Nonetheless, the parties should be aware that until a proper dismissal of this matter is filed, the case management conference set for **11 AM ON JANUARY 9, 2014** will still proceed as scheduled. Accordingly, the parties will file a joint case management statement at least seven days prior to January 9, 2014, as stated in the order continuing the case management conference (Dkt. No. 31).

**IT IS SO ORDERED.**

Dated: December 19, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE