1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   CECIL SHAW,

11          Plaintiff,                          No. C 13-01694 WHA

12     v.

13   JILL KHIEW-LO, Trustee of the Dick Wah     **ORDER RE STIPULATION FOR**
     Lo and Jill Khiew-Lo 2002 Family Trust,    **DISMISSAL OF ACTION AND**
14   FEREIDOON GHIASSI, and                     **JANUARY 9 CASE**
     SOBHANIEH MOSTAKHDEMIN,                    **MANAGEMENT CONFERENCE**
15

16          Defendants.

17   _____/

18          The undersigned has received the parties' stipulation for dismissal (Dkt. No. 36).

19   Counsel for plaintiff as well as defendants Jill Khiew Lo and Sobhanieh Mostakhdemin have

20   signed this stipulation.  Federal Rule of Civil Procedure 41(a)(1)(A)(ii), however, requires "a

21   stipulation of dismissal signed by *all* parties who have appeared" (emphasis added).  To that end,

22   the parties should be prepared to discuss whether Rule 41(a)(1)(A)(ii) requires defendant

23   Fereidoon Ghiassi — against whom default was entered — to sign the stipulation.  The parties

24   will address this issue at the case management conference set for **11 AM ON JANUARY 9**.

25          **IT IS SO ORDERED.**

26   Dated:  January 8, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

27

28

United States District Court
For the Northern District of California