IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CECIL SHAW,

    Plaintiff,

v.

ELAHE KHADEMBASHI dba BEST BITE RESTAURANT, DICK WAH LO, Trustee of the Dick Wah Lo and Jill Khiew-Lo 2002 Family Trust, JILL KHIEW-LO, Trustee of the Dick Wah Lo and Jill Khiew-Lo 2002 Family Trust,

    Defendants.

No. C 13-01694 WHA

**ORDER OF DISMISSAL**

Pursuant to stipulation, this action is **DISMISSED** as to all parties and as to Fereidoon Ghassi **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: January 9, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE